1 | Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
2 | **ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
San Diego, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385
5 |

6 | Attorneys for *Respondent,*
U.S. Bank National Association

7 |

8 |

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

11 | In re | Case No. 2:16-bk-19944-ER

12 | MARLINA E. JACKSON-CONARD | Chapter 7

13 | Debtor. | **CONDITIONAL NON-OPPOSITION TO**

14 | | **THE CHAPTER 7 TRUSTEE'S
MOTION FOR ORDER (1)**
15 | | **AUTHORIZING SALE OF REAL
PROPERTY LOCATED AT 21141**
16 | | **NEPTUNE AVE., CARSON
CALIFORNIA (APN 7334-014-054)**
17 | | **FREE AND CLEAR OF LIENS,
CLAIMS AND INTERESTS; (2)**
18 | | **CONFIRMING SALE TO THIRD
PARTY OR THE HIGHEST BIDDER**
19 | | **APPEARING AT THE HEARING; (3)
DETERMINING THAT BUYER IS A**
20 | | **GOOD FAITH PURCHASER; (4)
AUTHORIZING THE TRUSTEE TO**
21 | | **WITHOLD AND REMIT ESTIMATED
STATE INCOME TAXES RESULTING**
22 | | **FROM THE SALE, IF ANY; (5)
WAIVING THE FOURTEEN (14) DAY**
23 | | **STAY PRESCRIBED BY RULE 6004(h)
OF THE FEDERAL RULES OF**
24 | | **BANKRUPTCY PROCEDURE; (6)
REQUIRING DEBTOR TO VACATE,**
25 | | **TURN OVER POSSESSION OF, AND
REMOVE PERSONAL PROPERTY**
26 | | **FROM THE PROPERTY; AND (7)
AUTHORIZING THE UNITED STATES**
27 | | **MARSHAL AND/OR LOS ANGELES
COUNTY SHERIFF TO ENFORCE**
28 | | **ANY TURNOVER ORDER**

DATE:  June 14, 2017
TIME:   10:00 a.m.
CTRM:  1568

U.S. Bank National Association ("U.S. Bank"), a secured creditor of the above-referenced bankruptcy estate, hereby submits this conditional non-opposition ("Conditional Non Opposition") to the Chapter 7 Trustee's Motion for an order (1) Authorizing Sale of Real Property Located at 21141 Neptune Ave., Carson, California (APN 7334-014-054) Free and Clear of Liens, Claims and Interests; (2) Confirming Sale to Third Party or Highest Bidder Appearing at the Hearing; (3) Determining that the Buyer is a Good Faith Purchaser; (4) Authorizing the Trustee to Withold and Remit Estimated State Income Taxes Resulting from the Sale, if any; (5) Waiving the Fourteen (14) Day Stay Prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure; (6) Requiring Debtor to Vacate, Turn Over Possession of, and Remove Personal Property from the Property; and (7) Authorizing the United States Marshal and/or Los Angeles County Sheriff to Enforce any Turnover Order ("Motion to Sell") filed by the Chapter 7 Trustee Elissa Miller (the "Trustee") based on the following:

## I.    STATEMENT OF FACTS

1.    On May 16, 2006, Debtor and Thelma J. Jackson (collectively, the "Borrowers") executed a promissory note in the principal sum of $305,000.00 (the "Note"). The Note is specially indorsed to U.S. Bank. The Note is secured by a deed of trust (the "Deed of Trust") executed by the Borrowers and on the real property located at 21141 Neptune Avenue, Carson, California  90745 (the "Property"). The Deed of Trust reflects that it was duly recorded on May 25, 2006 in the Official Records of the Los Angeles County Recorder's Office. Copies of the Note and Deed of Trust are attached collectively hereto as Exhibit A. The Note and Deed of Trust are referred to collectively hereinafter as the Subject Loan.

2.    The beneficial interest in the Deed of Trust was subsequently assigned to U.S. Bank. A copy of the Assignment of Deed of Trust is attached hereto as Exhibit B.

**CONDITIONAL NON-OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**

3.      On July 27, 2016, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, and was assigned case number 2:16-bk-19944-ER.

4.      On May 23, 2017, the Trustee filed the Motion to Sell wherein she requests authorization from the Court to sell the Property free and clear of liens for $410,000.00. Pursuant to the Motion to Sell, the Trustee proposes to pay off U.S. Bank's lien, which the Trustee estimates to be in the approximate amount of $245,000.00, from the proceeds of the sale at the close of escrow. (See Docket No. 20).

5.      As of June 1, 2017, the approximate amount required to pay off U.S. Bank's lien is $249,123.73.

6.      Trustee's counsel and/or the escrow company facilitating the sale shall contact the undersigned counsel for U.S. Bank closer to the date of the proposed sale for an updated payoff.

## II.    **RESPONSE**

**U.S. BANK DOES NOT OPPOSE THE TRUSTEE'S MOTION TO SELL ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

1.      U.S. Bank's consent to the Motion to Sell is contingent upon the payment of U.S. Bank's first priority lien on the Property in full from the proceeds of the sale; and

2.      U.S. Bank's first priority lien shall immediately attach to the sale proceeds with the same force and effect, and in the same priority, validity and scope as U.S. Bank's lien;

3.      U.S. Bank's first priority lien shall be paid off in full or in accordance with any approval authorized by U.S. Bank before satisfying any other lien on the Property; and

4.      U.S. Bank is authorized to submit an updated payoff demand to the appropriate escrow company facilitating the sale closer in time to the closing of the proposed sale; and

5.      To the extent that the Trustee disputes any amounts which U.S. Bank claims are owed on the Subject Loan, the undisputed amount of U.S. Bank's claim shall be paid at the close of the sale and the disputed amount of U.S. Bank's claim shall be segregated in an interest bearing account with an additional $3,000.00 in sale proceeds pending further Order of the

1   bankruptcy court to allow for U.S. Bank's potential recovery of any of its reasonable attorney's

2   fees and costs incurred to the extent that U.S. Bank successfully establishes its right to the

3   disputed amount due on its claim; and

4        6.     In the event that the sale of the Property does not take place and U.S. Bank's first

5   priority lien is not paid off in full, U.S. Bank shall retain its lien for the full amount due under the

6   Subject Loan.

7        Based on the foregoing, U.S. Bank submits its Conditional Non-Opposition to the

8   Trustee's Motion to Sell, and respectfully requests that the above-referenced provisions be

9   included in any Order granting the Trustee's Motion to Sell.

10

11   Dated:  June 6, 2017                        ALDRIDGE PITE, LLP

12                                              _____

13                                              Joseph C. Delmotte
                                                Attorneys for *Respondent*, U.S. Bank National
14                                              Association.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONDITIONAL NON-OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled CONDITIONAL NON-OPPOSITION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 6, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtor's Attorney:  Michelle A Marchisotto    michelleam@4bankruptcy.com
- Debtor's Attorney:  Sundee M Teeple    jeffsw@4bankruptcy.com
- Chapter 7 Trustee:  Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com; C124@ecfcbis.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 6, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Honorable Ernest M. Robles | DEBTOR | BORROWER |
| U.S. Bankruptcy Court, | Marlina E. Jackson-Conard | Thelma J Jackson |
| Roybal Federal Building | 21141 Neptune Ave. | 21141 Neptune Ave. |
| 255 E. Temple Street, Suite 1560 | Carson, CA 90745 | Carson, CA 90745 |
| Los Angeles, CA 90012-3332 | | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 6, 2017 | Michael W. Leewright | /s/ MICHAEL W. LEEWRIGHT |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**